UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Cause No. 1:07-cr-0023 WTL/KPF |
| MICHAEL A. COOK, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Michael A. Cook's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of one day in the custody of the Attorney General or his designee. During his supervised release of 18 months, defendant will be subject to the previously-imposed conditions of supervision, and mental health evaluation and treatment, as well as drug addiction evaluation and treatment.

SO ORDERED this 26th day of September, 2012.

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Melanie Conour,
Assistant U. S. Attorney

William Dazey,
Office of Indiana Federal Community Defender
Michael.J.Donahoe@fd.org

U. S. Parole and Probation

U. S. Marshal